MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff William Fleming*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I – X, individuals.<br><br>Defendants. | Case. No.: 2:23-cv-00177-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff William Fleming ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Wood, and Doe Officers I – X (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties")

1

hereby stipulate to the following:

1. The Parties agree that, due to scheduling conflicts limiting Plaintiff's counsel's ability to timely and adequately respond to Defendants' Motion to Dismiss, the deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended one week, from **February 23, 2023**, to **March 2, 2023**.

2. This is the first request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 23rd day of February, 2023.                    Dated this 23rd day of February, 2023.

MCLETCHIE LAW                                             MARQUIS AURBACH

By: /s/ Leo S. Wolpert                                    By: /s/ Jackie V. Nichols
    Margaret A. McLetchie, Esq.                               Craig R. Anderson, Esq.
    Nevada Bar No. 10931                                      Nevada Bar No. 6882
    Leo S. Wolpert, Esq.                                      Jackie V. Nichols, Esq.
    Nevada Bar No. 12658                                      Nevada Bar No. 14246
    602 South 10th Street                                     10001 Park Run Drive
    Las Vegas, Nevada 89101                                   Las Vegas, Nevada 89145
    *Attorneys for Plaintiff William Fleming*                 *Attorneys for LVMPD Defendants*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 1st day of March, 2023.