MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff William Fleming*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM FLEMING, an individual, | Case. No.: 2:23-cv-00177-RFB-EJY |
| Plaintiff, vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO DISMISS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I – X, individuals. | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff William Fleming ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Wood, and Doe Officers I – X (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties")

1

hereby stipulate to the following:

1. The Parties agree that, due to scheduling conflicts limiting Plaintiffs' counsel's ability to timely and adequately respond to Defendants' Motion to Dismiss, the deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended one week, from **March 2, 2023**, to **March 9, 2023**.

2. This is the second request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 2nd day of March, 2023.

MCLETCHIE LAW

By: */s/ Leo S. Wolpert*
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff William Fleming*

Dated this 2nd day of March, 2023.

MARQUIS AURBACH

By: */s/ Jackie V. Nichols*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for LVMPD Defendants*

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of March, 2023.