**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

    Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Javon Charles, Officer Timothy Nye, Officer Austin Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, and Officer Wood

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I — X, individuals,<br><br>                Defendants. | Case Number:<br>2:23-cv-00177-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

      The Parties, Plaintiff William Fleming ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer Javon Charles ("Charles"), Officer Timothy Nye ("Nye"), Officer Austin Lea ("Lea"), and Officer Cody Gray ("Gray"), Officer Supreet Kaur ("Kaur"), Officer Haley

1  Andersen ("Andersen"), Sergeant John Johnson ("Johnson"), Captain Dori Koren
2  ("Koren"), Officer Richard Palacios ("Palacios"), Officer Patrick Whearty ("Whearty"), and
3  Officer Wood ("Wood"), collectively ("LVMPD Defendants"), by and through their counsel
4  of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and
5  hereby agree and jointly stipulate the following:

6      1.    The Parties agree that, due to scheduling conflicts limiting LVMPD
7  Defendants' counsel's ability to timely and adequately respond to Plaintiff's Opposition to
8  LVMPD Defendants' Motion for Partial Dismissal, the deadline to file a Reply to LVMPD
9  Defendants' Motion for Partial Dismissal shall be extended one week, from **March 16,**
10  **2023, to March 23, 2023.**

11      2.    This is the first request for an extension of this deadline.

12      3.    The Parties both submit that the instant stipulation is being offered in good
13  faith and not for the purpose of delay.

14  IT IS SO STIPULATED.

15  DATED this 16th day of March, 2023      DATED this 16th day of March, 2023

16  MCLETCHIE LAW      MARQUIS AURBACH

18  By:   /s/ Margaret A. McLetchie        By:   /s/ Jackie V. Nichols
    Margaret A. McLetchie, Esq.          Craig R. Anderson, Esq.
19     Nevada Bar No. 10931          Nevada Bar No. 6882
    Leo S. Wolpert, Esq.          Jackie V. Nichols, Esq.
20     Nevada Bar No. 12658          Nevada Bar No. 14246
    602 South 10th Street          10001 Park Run Drive
21     Las Vegas, Nevada 89101          Las Vegas, Nevada 89145
    Attorneys for Plaintiff William Fleming          Attorneys for Defendants Las Vegas
22          Metropolitan Police Department, Officer
         Javon Charles, Officer Timothy Nye,
23 IT IS SO ORDERED:          Officer Austin Lea, Officer Cody Gray,
         Officer Supreet Kaur, Officer Haley
24          Andersen, Sergeant John Johnson,
         Captain Dori Koren, Officer Richard
25          Palacios, Officer Patrick Whearty, and
26  RICHARD F. BOULWARE, II          Officer Wood
    United States District Judge
27  DATED this 17th day of March, 2023.

MAC:14687-440 5024314_1 3/16/2023 11:42 AM

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:14687-440 5024314_1 3/16/2023 11:42 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 16th day of March, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach