**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com

Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Javon Charles, Officer Timothy Nye, Officer Austin Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, and Officer Wood

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual, | Case Number: 2:23-cv-00177-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I — X, individuals, | **(SECOND REQUEST)** |
| Defendants. | |

The Parties, Plaintiff William Fleming ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer Javon Charles ("Charles"), Officer Timothy Nye ("Nye"), Officer Austin Lea ("Lea"), and Officer Cody Gray ("Gray"), Officer Supreet Kaur ("Kaur"), Officer Haley

MAC:14687-440 5034011_1 3/23/2023 3:19 PM

Andersen ("Andersen"), Sergeant John Johnson ("Johnson"), Captain Dori Koren ("Koren"), Officer Richard Palacios ("Palacios"), Officer Patrick Whearty ("Whearty"), and Officer Wood ("Wood"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1. The Parties agree that, due to scheduling conflicts limiting LVMPD Defendants' counsel's ability to timely and adequately respond to Plaintiff's Opposition to LVMPD Defendants' Motion for Partial Dismissal, the deadline to file a Reply to LVMPD Defendants' Motion for Partial Dismissal shall be extended one week, from **March 23, 2023, to March 30, 2023.**

2. This is the second request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 23rd day of March, 2023

MCLETCHIE LAW

By:  /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff William Fleming

DATED this 23rd day of March, 2023

MARQUIS AURBACH

By:  /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Javon Charles, Officer Timothy Nye, Officer Austin Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, and Officer Wood

MAC:14687-440 5034011_1 3/23/2023 3:19 PM

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this <u>24th</u> day of <u>March</u>, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 23rd day of March, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

MAC:14687-440 5034011_1 3/23/2023 3:19 PM