MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff William Fleming*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I – X, individuals.<br><br>Defendants. | **Case No.:** 2:23-cv-00177-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff WILLIAM FLEMING ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Wood, and Doe Officers I – X

1

(collectively, "LVMPD Defendants"), by and through their respective counsel (collectively the "Parties"), hereby agree and jointly stipulate to extend the Discovery Plan and Scheduling Order deadlines an additional sixty (60) days. This Stipulation is being entered in good faith and not for purposes of delay.

**I.      STATUS OF DISCOVERY**

    **A.  PLAINTIFFS' DISCOVERY**

        1.      Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26, dated April 5, 2023.

        2.      Plaintiff's First Supplement to Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26, dated June 14, 2023.

        3.      Plaintiff William Fleming's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set One, dated June 14, 2023.

    **B.  DEFENDANTS' DISCOVERY**

        1.      LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1), dated April 5, 2023.

**II.     DISCOVERY THAT REMAINS TO BE COMPLETED**

    The Parties are actively conducting discovery. For the reasons explained below, the Parties will need additional time to review documents produced in the initial disclosures, propound written discovery, and conduct depositions.

**III.    SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY**

    This is the first request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so the Parties may continue to conduct discovery. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made within twenty-one (21) days of the subject deadline must be supported by a showing of good cause. Here, all the deadlines the Parties seek to extend are outside of the twenty-one (21) day window except the deadline to

amend pleadings and add parties. However, good cause exists to extend all the deadlines, including the deadline to amend pleadings and add parties.

The Parties respectfully request an extension of time to extend the discovery to enable to them to conduct necessary discovery and so that this matter is fairly resolved on the merits. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

The Parties recently exchanged initial disclosures and have been diligently conducting discovery and continue to conduct discovery. Plaintiff is also continuing to review a voluminous number of body-worn camera (BWC) footage videos, many of which identify previously unidentified Doe Officer Defendants. Given the volume of BWC footage, number of incidents that are the subject of Plaintiff's Complaint, and the need to identify Doe Officers, good cause exists to extend the discovery deadlines, particularly the deadline to amend pleadings and add parties. Further, the Parties contend an extension of the discovery deadlines is necessary in light of Defendants' outstanding Motion for Partial Dismissal (ECF No. 11).

Additionally, counsel for the Parties in this matter are litigating several other unrelated matters (including against each other) which have competing demands. Counsel for Plaintiff is preparing for trial in July which requires significant time and attention, and counsel for Defendants will be out of the jurisdiction for two (2) weeks in June, further compounding the need for an extension of the discovery deadlines. While competing demands of litigation are merely one of many reasons for the instant request, it should be noted that the other litigation between the same counsel involving similar issues can only benefit from the completion of discovery in this matter so that in other litigation, similar

requests can be expedited and can further the resolution of those matters and the interests of justice. Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

IV. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES**

| Item | Current Deadline | ~~Proposed~~ New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | June 20, 2023 | **August 21, 2023**[1] |
| Initial Expert Disclosures | July 20, 2023 | **September 18, 2023** |
| Rebuttal Expert Disclosures | August 21, 2023 | **October 20, 2023** |
| Discovery Cut-Off | September 18, 2023 | **November 17, 2023** |
| Dispositive Motions | October 18, 2023 | **December 18, 2023**[2] |
| Pretrial Order | November 17, 2023 | **January 16, 2024** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Sixty (60) days from June 20, 2023, is Saturday, August 19, 2023.
[2] Sixty (60) days from October 18, 2023, is Sunday, December 17, 2023.

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended additional sixty (60) days so that the parties may conduct additional discovery, conduct depositions and efficiently litigate the case based on the merits.

IT IS SO STIPULATED.

Dated this 20th day of June, 2023.                           Dated this 20th day of June, 2023.

MCLETCHIE LAW                                                MARQUIS AURBACH

By: /s/ *Margaret A. McLetchie*                              By: /s/ *Jackie V. Nichols*
    Margaret A. McLetchie, Esq.                              Jackie V. Nichols, Esq.
    Nevada Bar No. 10931                                     Nevada Bar No. 14246
    Leo S. Wolpert, Esq.                                     10001 Park Run Drive
    Nevada Bar No. 12658                                     Las Vegas, Nevada 89145
    Pieter M. O'Leary, Esq.                                  *Attorney for Defendants*
    Nevada Bar No. 15297
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Counsel for Plaintiff*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2023