1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
2  LEO S. WOLPERT, Nevada Bar No. 12658
   **MCLETCHIE LAW**
3  602 South Tenth Street
   Las Vegas, Nevada 89101
4  Telephone: (702) 728-5300; Fax: (702) 425-8220
   Email: maggie@nvlitigation.com
5  *Counsel for Plaintiff William Fleming*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I – X, individuals.<br><br>Defendants. | Case. No.: 2:23-cv-00177-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO AMEND COMPLAINT**<br><br>**(FIRST AND THIRD REQUEST)** |

Plaintiff William Fleming ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Wood, and Doe Officers I – X (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties")

1

hereby stipulate to the following:

1. The Parties agree that, due to scheduling conflicts limiting Plaintiff's counsel's ability to timely and adequately do so, the deadline to amend Plaintiff's complaint to add facts supporting Plaintiff's malicious prosecution claim shall be extended two weeks, from **November 15, 2023**, to **November 29, 2023**.

2. This is the first request for an extension of this deadline.

3. The Parties agree that, due to scheduling conflicts limiting Plaintiff's counsel's ability to timely and adequately do so, the deadline to amend and add parties to Plaintiff's complaint shall be extended two weeks, from **November 20, 2023**, to **December 4, 2023**.

4. This is the third request for an extension of this deadline, counting extensions granted pursuant to stipulations extending discovery deadlines in this matter granted on June 20, 2023 and August 2, 2023.

5. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 14th day of November, 2023.

MCLETCHIE LAW

By: /s/ Leo S. Wolpert
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff William Fleming*

Dated this 14th day of November, 2023.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for LVMPD Defendants*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  November 14, 2023

2