MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff William Fleming*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual, | Case. No.: 2:23-cv-00177-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES TO AMEND COMPLAINT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER WOOD, as an individual; DOE OFFICERS I – X, individuals. | **(SECOND AND FOURTH REQUEST)** |
| Defendants. | |

Plaintiff William Fleming ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Wood, and Doe Officers I – X (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties")

hereby stipulate to the following:

1.      To facilitate efficiency, Plaintiff intends to amend the operative complaint to address the Court's Order on Defendants' Motion to Dismiss (ECF No. 35) and to add names / defendants.

2.      On October 12, 2023, Plaintiff propounded discovery to LVMPD seeking, *inter alia,* the identification of officers involved in the incidents at issue. Counsel for LVMPD has had to seek multiple extensions of the deadline for those responses due to personal family reasons and illness. LVMPD's discovery responses are currently due on November 30, 2023

3.      The Parties agree that, accordingly, the deadline to amend Plaintiff's complaint to add facts supporting Plaintiff's malicious prosecution claim and the deadline to add parties to Plaintiff's complaint shall be extended to December 14, 2023

4.      This is the second request for an extension of the deadline to amend Plaintiff's complaint to add facts supporting Plaintiff's malicious prosecution claim.

5.       This is the fourth request for an extension of the deadline to amend and add parties to Plaintiff's complaint, counting extensions granted pursuant to stipulations extending discovery deadlines in this matter granted on June 20, 2023 and August 2, 2023, and the Stipulated Order entered on November 14, 2023 (ECF No. 37).

///

///

///

////

///

///

///

///

///

///

MCLETCHIE LAW
ATTORNEYS AT LAW
602 S. TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

6.     The Parties submit that the instant stipulation is being offered in good faith and to promote judicial efficiency, not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 29th day of November, 2023.          Dated this 29th<sup>th</sup> day of November, 2023.

MCLETCHIE LAW                                    MARQUIS AURBACH

By: */s/ Margaret A. McLetchie*                  By: */s/ Jackie V. Nichols*
   Margaret A. McLetchie, Esq.                      Craig R. Anderson, Esq.
   Nevada Bar No. 10931                             Nevada Bar No. 6882
   Leo S. Wolpert, Esq.                             Jackie V. Nichols, Esq.
   Nevada Bar No. 12658                             Nevada Bar No. 14246
   602 South 10th Street                            10001 Park Run Drive
   Las Vegas, Nevada 89101                          Las Vegas, Nevada 89145
   *Attorneys for Plaintiff William Fleming*        *Attorneys for LVMPD Defendants*

## ORDER

UNITED STATES MAGISTRATE JUDGE

Dated:  November 29, 2023

3