**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
 Attorneys for Defendants LVMPD, Ofc. Charles, Ofc. Nye, Ofc. Lea, Ofc. Gray, Ofc. Kaur, Ofc. Andersen, Sgt. Johnson, Cptn. Koren, Ofc. Palacios, Ofc. Whearty, Ofc. Wood, Ofc. Harris, Ofc. Rowlett, Ofc. Fesler and Ofc. Perez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER ANDREW WOOD, as an individual; OFFICER IZAYA HARRIS, as an individual; OFFICER CHAD ROWLETT, as an individual; OFFICER RYAN FESLER, as an individual; OFFICER NICHOLAS PEREZ, as an individual; and DOE OFFICERS V – X, individuals.<br><br>Defendants. | Case Number:<br>2:23-cv-00177-RFB-EJY<br><br>**LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendants LVMPD, Ofc. Charles, Ofc. Nye, Ofc. Lea, Ofc. Gray, Ofc. Kaur, Ofc. Andersen, Sgt. Johnson, Cptn. Koren, Ofc. Palacios, Ofc. Whearty, Ofc. Wood, Ofc. Harris, Ofc. Rowlett, Ofc. Fesler and Ofc. Perez by and through their attorneys of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter. Ms. Nichols is no longer with the law

MAC:14687-440 5567580_1 8/6/2024 2:10 PM

firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this 6th day of August, 2024.

MARQUIS AURBACH

By: *s/Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for LVMPD Defendants

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: August 6, 2024