**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
tsteinberg@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police Department,
  Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea,
  Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen,
  Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios,
  Officer Patrick Whearty, Officer Andrew Wood, Officer Chad Rowlett,
  Officer Ryan Fesler, Officer Nicholas Perez, and Officer Izaya Harris

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER ANDREW WOOD, as an individual; OFFICER IZAYA HARRIS, as an individual; OFFICER CHAD ROWLETT, as an individual; OFFICER RYAN FESLER, as an individual; OFFICER NICHOLAS PEREZ, as an individual; DOE OFFICERS V – X, individuals.<br><br>            Defendants. | Case Number:<br>2:23-cv-00177-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(NINTH REQUEST)** |
| TRAVIS NUTSCH, an individual,<br><br>            Plaintiff,<br><br>     vs. | **(Consolidated with)**<br>Case No.:<br>2:23-cv-01101-JCM-VCF |

MAC: 14687-440 (#5812062.3)

| | |
|---|---|
| | LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; DOE OFFICERS I-VII, individuals.<br><br>                                Defendants. |

Plaintiff William Fleming ("Fleming"), by and through his counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer Javon Charles ("Charles"), Officer Timothy Nye ("Nye"), Officer Gabriel Lea ("Lea"), and Officer Cody Gray ("Gray"), Officer Supreet Kaur ("Kaur"), Officer Haley Andersen ("Andersen"), Sergeant John Johnson ("Johnson"), Captain Dori Koren ("Koren"), Officer Richard Palacios ("Palacios"), Officer Patrick Whearty ("Whearty"), and Officer Andrew Wood ("Wood"), Officer Chad Rowlett ("Rowlett"), Officer Ryan Fesler ("Fesler"), Officer Nicholas Perez ("Perez"), and Officer Izaya Harris ("Harris") (collectively, "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby Esq. and Tabetha J. Steinberg, Esq., of Marquis Aurbach, hereby agree and jointly stipulate to extend the Discovery Plan and Scheduling Order deadlines an **additional ninety (90) days.**

Likewise, Plaintiff Travis Nutsch ("Nutsch"), by and through his counsel of record Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants LVMPD, Nye, Officer George Ajam ("Ajam"), Officer Gene Wolfanger ("Wofanger"), by and through their counsel of record, Nick D. Crosby Esq. and Tabetha J. Steinberg, Esq., of Marquis Aurbach, likewise hereby agree and jointly stipulate to consolidate the Discovery Plan and Scheduling Order deadlines, so that the discovery deadlines in the Nutsch case coincide and mirror the discovery deadlines in the Fleming case.

On February 26, 2025, the Parties filed a Joint Motion to Consolidate ("Motion") for an order consolidating *William Fleming v. Las Vegas Metropolitan Police Department, et.*

*al.*, United States District Court Case No. 2:23-cv-00177-RFB-EJY, and *Travis Nutsch v. Las Vegas Metropolitan Police Department, et. al.*, United States District Court Case No. 2:23-cv-01101-JCM-VC *for the purposes of discovery only* (ECF No. 70). This Motion was granted on March 3, 2025 (ECF No. 71).

This Stipulation is being entered in good faith to effectuate that consolidation and not for purposes of delay (supplemented information noted in **bold-face** type).

### I. STATUS OF DISCOVERY IN FLEMING

#### A. PLAINTIFF'S DISCOVERY

1. Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated April 5, 2023.

2. Plaintiff's First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated June 14, 2023.

3. Plaintiff William Fleming's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set One dated June 14, 2023.

4. Plaintiff William Fleming's Requests for Admission to Defendant Las Vegas Metropolitan Police Department – Set One dated October 12, 2023.

5. Plaintiff William Fleming's Interrogatories to Defendant Las Vegas Metropolitan Police Department – Set One dated October 12, 2023.

6. Plaintiff William Fleming's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Two dated October 12, 2023.

7. Plaintiff Fleming's Requests for Production to Officer Haley Andersen – Set One dated November 17, 2023.

8. Plaintiff Fleming's Requests for Production to Defendant Doe Officers I-X – Set One dated November 17, 2023.

9. Plaintiff Fleming's Requests for Production to Officer Javon Charles – Set One dated November 17, 2023.

10. Plaintiff Fleming's Requests for Production to Officer Timothy Nye – Set One dated November 17, 2023.

MAC: 14687-440 (#5812062.3)

11. Plaintiff Fleming's Requests for Production to Officer Gabriel Lea – Set One dated November 17, 2023.

12. Plaintiff Fleming's Requests for Production to Officer Cody Gray – Set One dated November 17, 2023.

13. Plaintiff Fleming's Requests for Production to Officer Supreet Kaur – Set One dated November 17, 2023.

14. Plaintiff Fleming's Requests for Production to Officer Haley Andersen – Set One dated November 17, 2023.

15. Plaintiff Fleming's Requests for Production to Sergeant John Johnson – Set One dated November 17, 2023.

16. Plaintiff Fleming's Requests for Production to Captain Dori Koren – Set One dated November 17, 2023.

17. Plaintiff Fleming's Requests for Production to Officer Richard Palacios – Set One dated November 17, 2023.

18. Plaintiff Fleming's Requests for Production to Officer Patrick Whearty – Set One dated November 17, 2023.

19. Plaintiff Fleming's Requests for Production to Officer Andrew Wood – Set One dated November 17, 2023.

20. Plaintiff William Fleming's Requests for Admission to Individual Defendants – Set One dated November 21, 2023.

21. Plaintiff Fleming's Requests for Admissions to Officer Javon Charles – Set One dated November 21, 2023.

22. Plaintiff Fleming's Requests for Admissions to Officer Timothy Nye – Set One dated November 21, 2023.

23. Plaintiff Fleming's Requests for Admissions to Officer Gabriel Lea – Set One dated November 21, 2023.

24. Plaintiff Fleming's Requests for Admissions to Officer Cody Gray – Set One dated November 21, 2023.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

25. Plaintiff Fleming's Requests for Admissions to Officer Supreet Kaur – Set One dated November 21, 2023.

26. Plaintiff Fleming's Requests for Admissions to Officer Haley Andersen – Set One dated November 21, 2023.

27. Plaintiff Fleming's Requests for Admissions to Sergeant John Johnson – Set One dated November 21, 2023.

28. Plaintiff Fleming's Requests for Admissions to Captain Dori Koren – Set One dated November 21, 2023.

29. Plaintiff Fleming's Requests for Admissions to Officer Richard Palacios – Set One dated November 21, 2023.

30. Plaintiff Fleming's Requests for Admissions to Officer Patrick Whearty – Set One dated November 21, 2023.

31. Plaintiff Fleming's Requests for Admissions to Officer Andrew Wood – Set One dated November 21, 2023.

32. Plaintiff Fleming's Requests for Production to Defendant Doe Officers I-X – Set One dated November 21, 2023.

33. Plaintiff Fleming's Interrogatories to Officer Javon Charles – Set One dated November 21, 2023.

34. Plaintiff Fleming's Interrogatories to Officer Timothy Nye – Set One dated November 21, 2023.

35. Plaintiff Fleming's Interrogatories to Officer Gabriel Lea – Set One dated November 21, 2023.

36. Plaintiff Fleming's Interrogatories to Officer Cody Gray – Set One dated November 21, 2023.

37. Plaintiff Fleming's Interrogatories to Officer Supreet Kaur – Set One dated November 21, 2023.

38. Plaintiff Fleming's Interrogatories to Officer Haley Andersen – Set One dated November 21, 2023.

MAC: 14687-440 (#5812062.3)

39. Plaintiff Fleming's Interrogatories to Sergeant John Johnson – Set One dated November 21, 2023.

40. Plaintiff Fleming's Interrogatories to Captain Dori Koren – Set One dated November 21, 2023.

41. Plaintiff Fleming's Interrogatories to Officer Richard Palacios – Set One dated November 21, 2023.

42. Plaintiff Fleming's Interrogatories to Officer Patrick Whearty – Set One dated November 21, 2023.

43. Plaintiff Fleming's Interrogatories to Officer Andrew Wood – Set One dated November 21, 2023.

44. Plaintiff Fleming's Interrogatories to Defendant Doe Officers I-X – Set One dated November 21, 2023.

**45.** **Plaintiff Fleming's First Set of Interrogatories to Defendant Izaya Harris dated February 28, 2025.**

**46.** **Plaintiff Fleming's First Set of Interrogatories to Defendant Chad Rowlett dated February 28, 2025.**

**47.** **Plaintiff Fleming's First Set of Interrogatories to Defendant Ryan Fesler dated February 28, 2025.**

**48.** **Plaintiff Fleming's First Set of Interrogatories to Defendant Nicholas Perez dated February 28, 2025.**

**49.** **Plaintiff Fleming's First Set of Requests for Production of Documents to Defendant Izaya Harris dated February 28, 2025.**

**50.** **Plaintiff Fleming's First Set of Requests for Production of Documents to Defendant Chad Rowlett dated February 28, 2025.**

**51.** **Plaintiff Fleming's First Set of Requests for Production of Documents to Defendant Ryan Fesler dated February 28, 2025.**

52. Plaintiff Fleming's First Set of Requests for Production of Documents to Defendant Nicholas Perez dated February 28, 2025.

53. Plaintiff Fleming's First Set of Requests for Admissions to Defendant Izaya Harris dated February 28, 2025.

54. Plaintiff Fleming's First Set of Requests for Admissions to Defendant Chad Rowlett dated February 28, 2025.

55. Plaintiff Fleming's First Set of Requests for Admissions to Defendant Ryan Fesler dated February 28, 2025.

56. Plaintiff Fleming's First Set of Requests for Admissions to Defendant Nicholas Perez dated February 28, 2025.

57. Plaintiff's First Consolidated Supplement to Initial Disclosures and Production of Documents Pursuant to FRCP 26 dated February 28, 2025.

B.  **DEFENDANTS' DISCOVERY**

1. Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated April 5, 2023.

2. Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1 dated August 14, 2023.

3. Defendant Las Vegas Metropolitan Police Department's Responses to Requests for Production – Set One dated November 30, 2023.

4. Defendant Las Vegas Metropolitan Police Department's Responses to Requests for Admission – Set One dated November 30, 2023.

5. Defendant Las Vegas Metropolitan Police Department's Responses to Interrogatories – Set One dated November 30, 2023.

MAC: 14687-440 (#5812062.3)

6. Officer Javon Charles' Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

7. Officer Timothy Nye's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

8. Officer Gabriel Lea's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

9. Officer Cody Gray's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

10. Officer Supreet Kaur's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

11. Officer Haley Andersen's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

12. Sgt. John Johnson's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

13. Captain Dori Koren's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

14. Officer Richard Palacios' Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

15. Officer Patrick Whearty's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

16. Officer Andrew Wood's Responses to Plaintiff William Fleming's Requests for Production - Set One dated December 20, 2023.

17. Officer Javon Charles' Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

18. Officer Cody Gray's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

19. Officer Gabriel Lea's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

20. Officer Timothy Nye's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

21. Officer Supreet Kaur's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

22. Officer Haley Andersen's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

23. Sergeant John Johnson's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

24. Captain Dori Koren's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

25. Officer Patrick Whearty's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

26. Officer Andrew Wood's Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

27. Officer Richard Palacios' Responses to Plaintiff William Fleming's Requests for Admissions - Set One dated December 26, 2023.

28. Officer Timothy Nye's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

29. Officer Javon Charles' Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

MAC: 14687-440 (#5812062.3)

30. Officer Patrick Whearty's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

31. Officer Richard Palacios' Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

32. Officer Cody Gray's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

33. Officer Gabriel Lea's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

34. Officer Supreet Kaur's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

35. Captain Dori Koren's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

36. Officer Haley Andersen's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

37. Officer Andrew Wood's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

38. Sergeant John Johnson's Answers to Plaintiff William Fleming's Interrogatories - Set One dated December 26, 2023.

**39. LVMPD Defendants' First Set of Requests for Production to William Fleming dated September 30, 2024.**

**40. LVMPD Defendants' First Set of Requests for Admissions to William Fleming dated September 30, 2024.**

**41. LVMPD Defendants' First Set of Interrogatories to William Fleming dated September 30, 2024.**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-440 (#5812062.3)

## II. STATUS OF DISCOVERY IN NUTSCHE

### A. PLAINTIFF'S DISCOVERY

1. Plaintiff's Initial Disclosures and Production of Documents Pursuant to FRCP 26 dated August 28, 2023.

2. Plaintiff's First Set of Requests for Production of Documents to Defendant LVMPD dated October 12, 2023.

3. Plaintiff's First Set of Requests for Admissions to Officer George Ajam dated December 12, 2023.

4. Plaintiff's First Set of Requests for Admissions to Doe Officers III-VII dated December 12, 2023.

5. Plaintiff's First Set of Requests for Admissions to Officer Gene Wolfanger dated December 12, 2023.

6. Plaintiff's First Set of Requests for Admissions to Officer Gabriel Lea dated December 12, 2023.

7. Plaintiff's First Set of Requests for Admissions to Officer Timothy Nye dated December 12, 2023.

8. Plaintiff's First Set of Requests for Admissions to Officer Kelley Furnas dated December 12, 2023.

9. Plaintiff's First Set of Requests for Admissions to Officer Israel Cruz Camacho dated December 12, 2023.

10. Plaintiff's First Set of Interrogatories to Officer George Ajam dated December 12, 2023.

11. Plaintiff's First Set of Interrogatories to Israel Cruz Camacho dated December 12, 2023.

12. Plaintiff's First Set of Interrogatories to Officer Timothy Nye dated December 12, 2023.

13. Plaintiff's First Set of Interrogatories to Officer Gabriel Lea dated December 12, 2023.

14. Plaintiff's First Set of Interrogatories to Doe Officers III-VII dated December 12, 2023.

15. Plaintiff's First Set of Interrogatories to Officer Kelley Furnas dated December 12, 2023.

16. Plaintiff's First Set of Interrogatories to Officer Gene Wolfanger dated December 12, 2023.

17. Plaintiff's First Set of Requests for Production of Documents to Doe Officers III-VII dated December 12, 2023.

18. Plaintiff's First Set of Requests for Production of Documents to Officer Gene Wolfanger dated December 12, 2023.

19. Plaintiff's First Set of Requests for Production of Documents to Officer Gabriel Lea dated December 12, 2023.

20. Plaintiff's First Set of Requests for Production of Documents to Officer Timothy Nye dated December 12, 2023.

21. Plaintiff's First Set of Requests for Production of Documents to Officer Kelley Furnas dated December 12, 2023.

22. Plaintiff's First Set of Requests for Production of Documents to Officer Israel Cruz Camacho dated December 12, 2023.

23. Plaintiff's First Set of Requests for Production of Documents to Officer George Ajam dated December 12, 2023.

MAC: 14687-440 (#5812062.3)

24. Plaintiff's Answers to Defendant Ajam's First Set of Interrogatories dated May 29, 2024.

25. Plaintiff's Answers to Defendant Cruz's First Set of Interrogatories dated May 29, 2024.

26. Plaintiff's Answers to Defendant LVMPD's First Set of Interrogatories dated May 29, 2024.

27. Plaintiff's Answers to Defendant Wolfanger's First Set of Interrogatories dated May 29, 2024.

28. Plaintiff's Answers to Defendant Nye's First Set of Interrogatories dated May 29, 2024.

29. Plaintiff's Answers to Defendant Lea's First Set of Interrogatories dated May 29, 2024.

30. Plaintiff's Answers to Defendant Furnas' First Set of Interrogatories dated May 29, 2024.

31. Plaintiff's Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated May 29, 2024.

B. **DEFENDANTS' DISCOVERY**

1. Defendants' Initial Disclosures and Production of Documents Pursuant to FRCP 26 dated August 30, 2023.

2. LVMPD's Responses to Plaintiff's First Set of Requests for Production of Documents dated November 27, 2023.

3. Officer George Ajam's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

4. Officer Gene Wolfanger's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

5. Officer Israel Cruz Camacho's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

6. Officer Kelley Furnas' Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

7. Officer Timothy Nye's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

8. Officer Gabriel Lea's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

9. Doe Officers III-VII's Responses to Plaintiff's First Set of Requests for Admissions dated January 25, 2024.

10. Officer Gabriel Lea's Answers to Plaintiff's First Set of Interrogatories dated January 31, 2024.

11. Officer Israel Cruz Camacho's Answers to Plaintiff's First Set of Interrogatories dated January 31, 2024.

12. Officer Timothy Nye's Answers to Plaintiff's First Set of Interrogatories dated January 31, 2024.

13. Officer George Ajam's Answers to Plaintiff's First Set of Interrogatories dated January 31, 2024.

14. Doe Officers III-VII's Answers to Plaintiff's First Set of Interrogatories dated January 31, 2024.

15. Officer Timothy Nye's Responses to Plaintiff's First Set of Requests for Production of Documents dated January 31, 2024.

MAC: 14687-440 (#5812062.3)

16. Officer Israel Cruz Camcho's Responses to Plaintiff's First Set of Requests for Production of Documents dated January 31, 2024.

17. Doe Officers III-VII's Responses to Plaintiff's First Set of Requests for Production of Documents dated January 31, 2024.

18. Officer George Ajam's Responses to Plaintiff's First Set of Requests for Production of Documents dated January 31, 2024.

19. Officer Gabriel Lea's Responses to Plaintiff's First Set of Requests for Production of Documents dated January 31, 2024.

20. Defendants' First Supplemental Disclosure of Witnesses and Documents dated February 9, 2024.

21. LVMPD's First Set of Requests for Production of Documents to Plaintiff dated February 9, 2024.

22. Officer George Ajam's First Set of Interrogatories to Plaintiff dated February 9, 2024.

23. Officer Israel Cruz Camacho's First Set of Interrogatories to Plaintiff dated February 9, 2024.

24. Officer Gene Wolfanger's First Set of Interrogatories to Plaintiff dated February 9, 2024.

25. Officer Timothy Nye's First Set of Interrogatories to Plaintiff dated February 9, 2024.

26. Officer Gabriel Lea's First Set of Interrogatories to Plaintiff dated February 9, 2024.

27. Officer Kelley Furnas' First Set of Interrogatories to Plaintiff dated February 9, 2024.

MAC: 14687-440 (#5812062.3)

### III. DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties are actively conducting discovery. The Parties recently filed a Joint Motion to Consolidate the Fleming and Nutsch matters on February 26, 2025, for the purposes of discovery only, because both Plaintiffs' claims pertain to similar legal and factual issues, and the matters are in similar procedural postures. On March 3, 2025, the Court issued an order granting the Joint Motion to Consolidate.

The Parties are actively conducting discovery. Counsel for LVMPD Defendants are currently working to provide discovery and information as it relates to any *Monell* issues in the two cases so the parties can avoid engaging in motion practice. In addition, LVMPD Defendants received a settlement demand and are currently in the process of evaluating counteroffers. For the reasons explained below, the Parties will need additional time to propound additional written discovery and conduct depositions.

### IV. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

This is the ninth request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days in these matters, which have been consolidated for the purposes of discovery.

The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made within twenty-one (21) days of the subject deadline must be supported by a showing of good cause. Here, all the deadlines the Parties seek to extend are outside of the twenty-one (21) day window.

The Parties respectfully request an extension of time to extend the discovery to enable to them to coordinate these cases (the *Nutsch* matter had a later schedule) and to conduct necessary discovery and so that the matters are fairly resolved on the merits. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson*

*v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

Since the last stipulation and order was entered in this matter, Nick D. Crosby, Esq. has been involved in several mediations, administrative hearings, arbitrations, and has also been preparing for a federal trial, on top of his normal caseload. Specifically, Mr. Crosby was involved in (1) a multi-day mediation in a class action lawsuit regarding wage and hour claims in *Coyne et al v. LVMPD*, Case No. 2:22-cv-00475-APG-DJA and Case No. A-22-848354-C; (2) preparing for a three-day administrative hearing in *Leijon v. IVGID*, EMRB Case No. 2024-022; (3) a labor arbitration on March 3, 2025; (4) an early neutral evaluation on March 7, 2025, in *Jessica Coleman et al. v. Robert Telles et al.*, Case No. 2:24-00930-APG-MDC; (5) a labor arbitration on March 9, 2025; and (6) preparing for trial in *Santopietro v. Howell et al.*, Case No. 2:12-cv-01648-RFB-EJY, which begins on April 7, 2025.

While competing demands of litigation are merely one of the reasons for the instant request, it should be noted that the other litigation between the same counsel involving similar issues can only benefit from the completion of discovery in this matter so that in other litigation, similar requests can be expedited and can further the resolution of those matters and the interests of justice. Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay. **The Parties met and conferred regarding the instant stipulation on March 7, 2025, and have agreed that such stipulation is appropriate.**

/ / /

/ / /

/ / /

MAC: 14687-440 (#5812062.3)

## V. PROPOSED SCHEDULE FOR REMAINING DEADLINES

| Item | Current Deadline in Fleming | Proposed New Deadline |
|---|---|---|
| Initial Expert Disclosures | Past Due/Unchanged | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | Past Due/Unchanged | **Past Due/Unchanged** |
| Discovery Cut-Off | March 31, 2025 | **June 30, 2025[1]** |
| Dispositive Motions | April 29, 2025 | **July 28, 2025** |
| Pretrial Order | May 27, 2025 | **August 25, 2025** |

| Item | Current Deadline in Nutsche | Proposed New Deadline |
|---|---|---|
| Initial Expert Disclosures | Past Due/Unchanged | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | Past Due/Unchanged | **Past Due/Unchanged** |
| Discovery Cut-Off | May 7, 2025 | **June 30, 2025[2]** |
| Dispositive Motions | June 9, 2025 | **July 28, 2025** |
| Pretrial Order | July 7, 2025 | **August 25, 2025** |

/ / /

/ / /

/ / /

---

[1] 90 days from March 31, 2025 is June 29, 2025, a Sunday, so next judicial day.

[2] 90 days from March 31, 2025 is June 29, 2025, a Sunday, so next judicial day.

MAC: 14687-440 (#5812062.3)

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended additional ninety (90) days so that the parties may conduct additional discovery, conduct depositions and efficiently litigate both cases based on the merits.

IT IS SO STIPULATED.

| DATED this 20th day of March, 2025 | DATED this 20th day of March, 2025 |
|---|---|
| MCLETCHIE LAW | MARQUIS AURBACH |
| By: */s/ Margaret A. McLetchie* <br> Margaret A. McLetchie, Esq. <br> Nevada Bar No. 10931 <br> Leo S. Wolpert, Esq. <br> Nevada Bar No. 12658 <br> 602 South 10th Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff William Fleming | By: */s/ Tabetha J. Steinberg* <br> Nick D. Crosby, Esq. <br> Nevada Bar No. 8996 <br> Tabetha J. Steinberg, Esq. <br> Nevada Bar No. 16756 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Andrew Wood, Officer Chad Rowlett, Officer Ryan Fesler, Officer Nicholas Perez, and Officer Izaya Harris |

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: March 21, 2025

MAC: 14687-440 (#5812062.3)