LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual, | Case No.:   2:23-cv-00177-RFB-EJY |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER ANDREW WOOD, as an individual; OFFICER IZAYA HARRIS, as an individual; OFFICER CHAD ROWLETT, as an individual; OFFICER RYAN FESLER, as an individual; OFFICER NICHOLAS PEREZ, as an individual; and DOE OFFICERS V – X, individuals. | |
| Defendants. | |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 1 of 4

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas Metropolitan Police Department, Officer Javon Charles, Officer Timothy Nye, Officer Gabriel Lea, Officer Cody Gray, Officer Supreet Kaur, Officer Haley Andersen, Sergeant John Johnson, Captain Dori Koren, Officer Richard Palacios, Officer Patrick Whearty, Officer Andrew Wood, Officer Chad Rowlett, Officer Ryan Fesler, Officer Nicholas Perez and Officer Izaya Harris ("LVMPD Defendants") in the above-entitled action, in place of Nick D. Crosby, Esq. of the law firm of MARQUIS AURBACH.

DATED this 17th day of March, 2026.

By:    /s/ Lyssa Anderson
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
KRISTOPHER KALKOWSKI, ESQ.
Nevada Bar No.  14892
TRAVIS STUDDARD, ESQ.
Nevada Bar No. 16454
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

DATED this 16th day of March, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By:    /s/ Matthew Christian
Name:  Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 17th day of March, 2026.

MARQUIS AURBACH

By: /s/ Nick Crosby
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive,
Las Vegas, NV 89145

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:    March 17, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 3 of 4