LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FLEMING, an individual, | Case No.:   2:23-cv-00177-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER JAVON CHARLES, an individual; OFFICER TIMOTHY NYE, an individual; OFFICER GABRIEL LEA, an individual; OFFICER CODY GRAY, an individual; OFFICER SUPREET KAUR, as an individual; OFFICER HALEY ANDERSEN, as an individual; SERGEANT JOHN JOHNSON, as an individual; CAPTAIN DORI KOREN, as an individual; OFFICER RICHARD PALACIOS, as an individual; OFFICER PATRICK WHEARTY, as an individual; OFFICER ANDREW WOOD, as an individual; OFFICER IZAYA HARRIS, as an individual; OFFICER CHAD ROWLETT, as an individual; OFFICER RYAN FESLER, as an individual; OFFICER NICHOLAS PEREZ, as an individual; and DOE OFFICERS V – X, individuals. | |
| Defendants. | |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 1 of 2

Plaintiff William Fleming ("Fleming"), by and through his counsel of record, McLetchie Law, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Charles, Ofc. Nye, Ofc. Lea, Ofc. Gray, Ofc. Kaur, Ofc. Andersen, Sgt. Johnson, Ofc. Koren, Ofc. Palacios, Ofc. Whearty, Ofc. Wood, Ofc. Rowlett, Ofc. Fesler, Ofc. Perez and Ofc. Harris ("LVMPD Defendants"), by and through their counsel of record, Kaempfer Crowell, stipulate and agree that all of Fleming's claims in this matter are hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

Dated this 6th day of May, 2026.

KAEMPFER CROWELL                                    MCLETCHIE LAW


_/s/ Lyssa S. Anderson_                             _/s/ Maggie McLethcie_
LYSSA S. ANDERSON                                  MAGGIE McLETHCIE
(Nevada Bar No. 5781)                              (Nevada Bar No. 10931)
KRISTOPHER J. KALKOWSKI                            LEO WOLPERT
(Nevada Bar No. 14892)                             (Nevada Bar No. 12658)
1980 Festival Plaza Drive, Suite 650               602 South 10th Street
Las Vegas, Nevada  89135                           Las Vegas, Nevada 89101

**Attorneys for Defendants**                       **Attorney for Plaintiff**


### ORDER

Good cause being found, **IT IS HEREBY ORDERED** the Parties' Stipulation for Dismissal (ECF No. 90) is **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice, with each party bearing their own fees and costs. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.


**DATED**: May 8, 2026.


RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.319

Page 2 of 2